■ DONALD C. ALBRIGHT et al., Appellants v. TOWN OF MANLIUS et al., Respondents.— Order unanimously affirmed, without costs. Memorandum: In affirming, we recognize that the admissibility of the proof which has been objected to will be for the ultimate determination of the Trial Judge. It may well be, upon proper application, that in order to make for an orderly trial the Trial Judge will determine to pass upon the objections to testimony taken in the examination before trial before the commencement of the actual trial of the issues. (Appeal from order of Onondaga Special Term, amending order in declaratory judgment action.) Present — Goldman, J. P., Del Vecchio, Marsh, Witmer and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. PAUL TURPYN et al., Defendants, and JAMES L. DE COURSEY, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. (See *People* v. *Sweeney,* 30 A D 2d 1035.) Present — Bastow, P. J., Del Vecchio, Marsh, Witmer and Henry JJ.

## (October 31, 1968)

■ ANTHONY ROVITELLI et al., Respondents, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATON, Appellant.— Judgment unanimously reversed on the law and facts and a new trial granted, with costs to abide the event. Memorandum: The question of notice is a factual one which should be presented to a jury. (Appeal from judgment of Monroe Trial Term determining claim timely filed.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.